■ TIMOTHY L. McMICHAELS et al., Respondents, v ARTHUR S. BECHHOEFER, Appellant. (Action No. 1.) RICHARD C. ACKERMAN et al., Respondents, v ARTHUR S. BECHHOEFER, Appellant. (Action No. 2.) [626 NYS2d 711] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Bender, J. (Appeal from Order of Supreme Court, Yates County, Bender, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wesley and Doerr, JJ.